**IN THE UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF ARKANSAS**
**DIVISION**

Re:_____          Case No: _____
                                                                                              Chapter 13

**MODIFICATION OF CHAPTER 13 PLAN**

Comes now the Debtor(s) and for their modification to the original or modified Chapter 13 plan states:

1. **Payment to the Trustee:**
   The Debtor proposes to pay $_____ PER MONTH TO THE TRUSTEE.

   Indicate how often the Debtor is paid by checking the appropriate box below:
       weekly      semi-monthly      Other: (Please specify)
       bi-weekly      monthly      _____

2. **The Plan Length** shall remain the same unless otherwise indicated below:*

       Increase plan length to _____ months.

       Decrease plan length to _____ months.

   * A debtor must pay all disposable income into the plan for the benefit of unsecured creditors for no less than 36 months (unless unsecured are being paid 100%) and the plan length shall not exceed 60 months.

3. **Unsecured Creditors** are to be paid a _____ dividend.
   (Enter "Pro-rata" if this is a Base Plan.)

4. **MODIFIED TREATMENT OF EXISTING CREDITORS:**
   The following **changes** are to be made to each creditor as set out below:

       **Creditor Name**      **Change in Treatment/Classification**

   (1)_____    _____
                                                                                             _____
   (2)_____    _____
                                                                                            _____
   (3) _____    _____
                                                                                            _____
   (4) _____    _____
                                                                                            _____
   (5) _____    _____
                                                                                            _____

5. **ADDITION OF SECURED CREDITORS TO THE PLAN:**

   Secured creditors who will retain their liens and be paid the value of their collateral or the amount of their debt, whichever is less, shall be paid as follows. Any amount claimed in excess of the value of the collateral will be treated as a nonpriority unsecured creditor.

   ** Please indicate any debts which will extend beyond the length of the plan. Such debts MUST have a "monthly payment" proposed. Also, if the debt is in default, you must provide separately for such default.

   | Creditor Name/Address | Net Payoff | Value | Unsecured Portion | Int Rate* Pd by Plan | Monthly Payment |
   |---|---|---|---|---|---|
   | 1) _____ _____ | _____ | _____ | _____ | ____ | _____ |
   | 2) _____ _____ | _____ | _____ | _____ | ____ | _____ |
   | 3) _____ _____ | _____ | _____ | _____ | ____ | _____ |
   | 4) _____ _____ | _____ | _____ | _____ | ____ | _____ |

   \* IF THIS SPACE IS LEFT BLANK, NO INTEREST IS TO BE PAID.

6. **ADDITION OF PRIORITY CREDITORS TO THE PLAN**: Such as taxes or wages.

   The following creditors are added to the plan and shall be paid as follows:

   | Creditor Name/Address | Per Month, If Any | Total Debt |
   |---|---|---|
   | 1) _____ | _____ | _____ |
   | 2) _____ | _____ | _____ |
   | 3) _____ | _____ | _____ |

7. **ADDITION OF UNSECURED CREDITORS TO THE PLAN:**

   The following unsecured creditors are added to the plan.  Each creditor must be classified as a "PRE" or "POST" peition creditor and shall be paid as follows:

   **PRE-PETITION** Unsecured creditors shall be paid a _____ dividend.

   **POST-PETITION** Unsecured creditors shall be paid a _____ dividend.

   | Creditor Name/Address | Classification | Total Debt |
   |---|---|---|
   | 1) _____ <br> _____ <br> _____ | _____ | _____ |
   | 2) _____ <br> _____ <br> _____ | _____ | _____ |
   | 3) _____ <br> _____ <br> _____ | _____ | _____ |
   | 4) _____ <br> _____ <br> _____ | _____ | _____ |
   | 5) _____ <br> _____ <br> _____ | _____ | _____ |
   | 6) _____ <br> _____ <br> _____ | _____ | _____ |
   | 7) _____ <br> _____ <br> _____ | _____ | _____ |

8. **Unsecured Creditors** shall be paid at least as much as they would receive under Chapter 7.

9. **All other provisions as set forth in the last confirmed plan remain the same.**

   Date: _____       _____
                                                                   Attorney for Debtor