## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF ARKANSAS
## FAYETTEVILLE DIVISION

RE:  Ray Dean Caudill                              CASE NO. 5:10-bk-76194
                                                                  Chapter 13

### NOTICE OF OPPORTUNITY TO OBJECT TO
### MODIFICATION OF CHAPTER 13 PLAN

NOTICE IS HEREBY GIVEN that the captioned debtor(s) has filed the attached plan pursuant to 11 U.S.C. §1329 and Rule 3015 of the Rules of Bankruptcy Procedure. Objection to confirmation of the plan must be filed with the Bankruptcy Court at 35 E. Mountain, RM 316, Fayetteville, Arkansas, 72701, in writing within 21 days from the date of this Notice, with copies to the attorney for the debtor(s) and Joyce Bradley Babin, Standing Chapter 13 Trustee, P.O. Box 8064, Little Rock, AR  72203-8064

Respectfully submitted:

*/s/David G. Nixon*
David G. Nixon (ABA #88048)
**THE NIXON LAW FIRM**
2340 Green Acres Road
Suite 12
Fayetteville AR  72703
PH:  479-582-0020
Fax:  479-582-0030

Attorneys for Debtor

### Certificate of Service

I, hereby certify that on the 25th day of February, 2011, I caused a true and correct photocopy of the within and foregoing document to be served on all persons entitled to notice herein via U.S. First Class Mail.

*/s/David G. Nixon*
**David G. Nixon**

Joyce Bradley-Babin, Trustee
PO Box 8064
Little Rock AR  72203

Arvest Bank of Fayetteville
Attn: Risk Management
P.O. Box 1327
Fayetteville, AR  72703

Arvest Mortgage Co
PO Box 399
Lowell, AR  72745

Associate National Bank
Wilmington, DE  19850-5687

Bank of America
P.O. Box 17054
Wilmington, DE  19886

Chrysler Financial
P.O. Box 9001921
Louisville, KY  40290-1921

GEMB Lowes
PO Box 530914
Atlanta, GA  30353-0914

Gemb Sam's Club
P.O. Box 9814000
El Paso, TX  79998

HSBC
P.O. Box 5253
Carol Stream, IL  60197-4155

HSBC
P.O. Box 15524
Wilmington, DE  19850

Toyota Credit
Dallas, TX  75226-5068

US Dept. of Education
P.O. Box 5609
Greenville, TX  75403